# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action 1:18-cv-00900-LTB-NYW

THOMAS SEDLMAYR,

Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

Defendant.

## JOINT MOTION FOR DETERMINATION OF ERISA CASE

Pursuant to the scheduling order [ECF No. 44 at 6], the parties state that the briefing of the merits has been completed and move for the determination of this case under the Employee Retirement Income Security Act of 1974 as amended, 29 U.S.C. §§ 1001-1461.

Dated: November 4, 2019.

Respectfully submitted,

| | |
|---|---|
| s/Alan G. Molk | s/Jack M. Englert, Jr. |
| Alan G. Molk, #10988 | Jack M. Englert, Jr. |
| LAW FIRM OF ALAN G. MOLK, P.C. | HOLLAND AND HART LLP |
| 6025 S. Quebec Street, Suite 320 | 6380 S. Fiddlers Green Circle, Suite 500 |
| 500 Centennial, CO 80111 | Greenwood Village, CO 80111 |
| (303) 290-8808 | (303) 290-1087 |
| amolk@molklaw.com | jenglert@hollandhart.com |
| | |
| s/Lauren E. Varner | ATTORNEY FOR DEFENDANT |
| Lauren E. Varner, #46519 | LIFE INSURANCE COMPANY OF NORTH AMERICA |
| VARNER FADDIS ELITE LEGAL, LLC | |
| 6025 S. Quebec Street, Suite 320 | |
| Centennial, CO 80111 | |
| (720) 770-8335 | |
| lvarner@varnerfaddis.com | |

**ATTORNEYS FOR PLAINTIFF
THOMAS SEDLMAYR**

13757184_v1